```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
SEKETHA WONZER and KEVIN DOZIER,                                       :
                                                                       :
                        Plaintiffs,                                    :
                                                                       :      20-CV-10836 (JPC)
        -v-                                                            :
                                                                       :      ORDER
DANIEL HERNANDEZ a/k/a Tekashi 6ix 9ine,                               :
                                                                       :
                        Defendant.                                     :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

       In light of the forthcoming motion for default judgment against Defendant and the show cause hearing set for June 22, 2021, *see* Dkt. 19, the Initial Pretrial Conference scheduled for May 25, 2021 is adjourned *sine die*. Plaintiffs are directed to serve this Order on Defendant via his counsel, Lance Lazzaro and Richard C. Wolfe, and file proof of service on the docket.

       SO ORDERED.

Dated: May 11, 2021
       New York, New York

                                                  JOHN P. CRONAN
                                                United States District Judge