```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
SEKETHA WONZER and KEVIN DOZIER,                                       :
                                                                       :
                           Plaintiffs,                                 :
                                                                       :        20-CV-10836 (JPC)
           -v-                                                         :
                                                                       :            ORDER
DANIEL HERNANDEZ a/k/a Tekashi 6ix 9ine,                               :
                                                                       :
                           Defendant.                                  :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

Plaintiffs filed a motion for default judgment in this action. For reasons stated on the record at the hearing conducted on June 22, 2021, the Court grants default judgment in favor of Plaintiffs as to liability for all causes of action in this case: two violations of the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1962(d); assault; battery; false imprisonment; and intentional infliction of emotional distress.

By separate Order, the Court will refer this case to the Honorable Kevin Nathaniel Fox, United States Magistrate Judge, for an inquest on damages, pre-judgment interest, attorneys' fees, and expenses, including handling of discovery in connection with that inquest.

SO ORDERED.

Dated: June 22, 2021
       New York, New York
                                                    _____
                                                        JOHN P. CRONAN
                                                    United States District Judge