# tacopina seigel trial lawyers

TACOPINA SEIGEL & DEOREO

**MATTHEW G. DEOREO**
EMAIL: mdeoreo@tacopinalaw.com
www.tacopinalaw.com

275 Madison Avenue, 35th Floor
New York, NY 10016
Telephone (212) 227-8877
Facsimile (212) 619-1028

October 26, 2021

Hon. Kevin Nathaniel Fox
U.S. Magistrate Judge            MEMORANDUM ENDORSEMENT
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **Wonzer v. Hernandez**, 1:20-cv-10836 (S.D.N.Y.)

Dear Judge Fox:

I am counsel for Plaintiffs in the above-referenced action and respectfully submit this letter to request a telephone conference regarding discovery matters. We served Defendant with document demands, which are past due, and his counsel is not responding to our communications concerning these issues. It appears that Defendant is not participating in discovery in any fashion.

Respectfully submitted,

Matthew G. DeOreo

cc:  All counsel by ECF

10/26/21
Application denied, without prejudice, for
failing to comply with paragraph 2A of
the Court's Individual Rules of Practice.
SO ORDERED:

Kevin Nathaniel Fox
Kevin Nathaniel Fox, U.S.M.J.