UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SEKETHA WONZER and KEVIN DOZIER,

                Plaintiffs,

   -against-

DANIEL HERNANDEZ a/k/a Tekashi 6ix 9ine.,

                Defendant.
------------------------------------------------------------X

ORDER

20-CV-10836 (JPC)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    IT IS HEREBY ORDERED that a telephone conference shall be held in the above-captioned action on November 16, 2021, at 4:00 p.m. All parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated: New York, New York
         November 12, 2021

SO ORDERED:

*Kevin Nathaniel Fox*

Kevin Nathaniel Fox
United States Magistrate Judge

Case 1:20-cv-10836-JPC-KNF   Document 42   Filed 11/12/21   Page 2 of 2