UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SEKETHA WONZER and KEVIN DOZIER,  :
:
            Plaintiffs,        :
:                               ORDER
   -against-                  :
:                  20-CV-10836 (JPC)(KNF)
DANIEL HERNANDEZ a/k/a Tekashi 6ix  :
9ine.,                                             :
:
            Defendant.       :
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       The Court has reviewed the parties' proposed protective order, Docket Entry No. 43. Based on the discussion had during the November 16, 2021 telephonic conference, the parties are directed to delete paragraph 5b from the proposed order and resubmit the document to the Court; the proposed order is not an injunction and paragraph 5c is sufficient to address the matter raised in paragraph 5b.

Dated:  New York, New York                         SO ORDERED:
           November 17, 2021

                                                          _/s/ Kevin Nathaniel Fox_____
                                                          KEVIN NATHANIEL FOX
                                                          UNITED STATES MAGISTRATE JUDGE