MELONI & McCAFFREY APC
Robert S. Meloni, Esq.
Thomas P. McCaffrey, Esq.
3 Columbus Circle, 15th Floor
New York, New York 10019
Telephone: 917-331-9556
Facsimile:  917- 210-3758

*Attorneys for Defendant Daniel Hernandez p.k.a. Tekashi 6ix 9ine*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEKETHA WONZER and KEVIN DOZIER,<br><br>Plaintiffs,<br><br>-against-<br><br>DANIEL HERNANDEZ a/k/a Tekashi 6ix 9ine,<br><br>Defendant. | Case No. 1:20-cv-10836-JPC<br><br>Judge John P. Cronan<br>Magistrate Judge Jennifer E Willis<br><br>**<u>NOTICE OF MOTION</u>** |

**PLEASE TAKE NOTICE** that upon the annexed: (a) Declaration of Robert S. Meloni, dated March 1, 2022, with exhibits, and (b) the accompanying Memorandum of Law, dated March 1, 2022, Defendant will move this Court, before the Honorable John P. Cronan, U.S.D.J., in the United States Courthouse, Southern District of New York, 500 Pearl St., New York, N.Y. 10007, on such day when counsel may be heard, for an Order, pursuant to Fed. R. Civ. P. 35, directing Plaintiffs to undergo Independent Mental Examination by Stephen Hunt Dinwiddie, MD at a date and time to be agreed upon by the parties, with such other and further relief as the Court deems just and proper.

Dated: New York, New York
           March 1, 2022

Yours, etc.,

MELONI & McCAFFREY APC

By: _____
       Robert S. Meloni
3 Columbus Circle, 15th Fl.
New York, New York 10019
(917) 331-9556
Email: rmeloni@m2lawgroup.com
Email: tmccaffrey@m2lawgroup.com

*Attorneys for Defendant Daniel Hernandez p/k/a Tekashi 6ix 9ine*

To:

TACOPINA, SEIGEL & DeOREO
Matthew G. DeOreo, Esq.
275 Madison Ave., Fl. 35
New York, New York 10016

*Attorneys for Plaintiffs*