# EXHIBIT C

CASREF,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:20-cv-10836-JPC-JW

Wonzer et al v. Hernandez  
Assigned to: Judge John P. Cronan  
Referred to: Magistrate Judge Jennifer E Willis  
Cause: 18:1962 Racketeering (RICO) Act  

Date Filed: 12/22/2020  
Jury Demand: Plaintiff  
Nature of Suit: 470 Racketeer/Corrupt Organization  
Jurisdiction: Federal Question  

**Plaintiff**

Seketha Wonzer

represented by **Matthew G. DeOreo**  
Tacopina, Seigel & Turano, P.C.  
275 Madison Avenue, 35 Floor  
Ste 35th Floor  
New York, NY 10005  
212-227-8877  
Fax: 212-619-1028  
Email: mdeoreo@tacopinalaw.com  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Kevin Dozier

represented by **Matthew G. DeOreo**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Daniel Hernandez**  
*also known as*  
Tekashi 6ix 9ine

represented by **Robert Stephen Meloni**  
Meloni & McCaffrey, P.C.  
3 Columbus Circle, 15th Floor  
New york, NY 10019  
(212)520-6090  
Fax: (800)659-3985  
Email: rmeloni@m2lawgroup.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/03/2021 | 40 | ORDER granting 39 Letter Motion for extension of time to complete discovery and make inquest submissions. (HEREBY ORDERED by Magistrate Judge Kevin Nathaniel Fox) (Text Only Order) (Fox, Kevin Nathaniel) (Entered: 11/03/2021) |

**PACER Service Center**

| **Transaction Receipt** ||||
|---|---|---|---|
| 03/08/2022 13:24:03 ||||
| **PACER Login:** | mgdeoreo8415 | **Client Code:** | wonzer |
| **Description:** | Docket Report | **Search Criteria:** | 1:20-cv-10836-JPC-JW Starting with document: 40 Ending with document: 40 |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |