# EXHIBIT E

# Matthew DeOreo

**From:** Matthew DeOreo
**Sent:** Thursday, February 10, 2022 3:55 PM
**To:** Robert Meloni
**Cc:** Thomas McCaffrey
**Subject:** RE: Activity in Case 1:20-cv-10836-JPC-JW Wonzer et al v. Hernandez Declaration in Support

Robert, I am free to have a meet and confer call on Tuesday next week



DISCLAIMER
This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product.  If you are not an intended recipient, you many not review, copy or distribute this message. if you have received this communication in error, please notify us immediately by e-mail and delete the original message.

**From:** Robert Meloni [mailto:rmeloni@m2lawgroup.com]
**Sent:** Thursday, February 10, 2022 3:13 PM
**To:** Matthew DeOreo <mdeoreo@tacopinalaw.com>
**Cc:** Thomas McCaffrey <tmccaffrey@m2lawgroup.com>
**Subject:** RE: Activity in Case 1:20-cv-10836-JPC-JW Wonzer et al v. Hernandez Declaration in Support

Matt:

I herewith attach my meet and confer letter under Rule 37.

I also attach and serve upon you Defendant's set of supplemental document demands.

*-Robert S. Meloni*

**MELONI & MCCAFFREY**
3 Columbus Circle |15th Floor
New York, New York 10019
*(t)*   (212) 520-6090
*(m)* (917) 331-9556
*(f)*   (917) 210-3758
*(e)*   rmeloni@m2lawgroup.com
*(w)*  http://m2lawgroup.com

**NOTICE**:  The information in this Internet e-mail, which includes this e-mail message and any attachments, is attorney client privileged and/or confidential information. The information contained in this message is intended only for the use of the individual or entity named above. Access to this Internet e-mail by anyone else is unauthorized. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us by telephone or by e-mail and delete this e-mail from your system.  Receipt by anyone other than the intended recipient is not a waiver of any attorney/client privilege or work product privilege.