# EXHIBIT A

**Ex. A-1:**   interior security video tape from the lobby of the building located at 264 West 40th Street in Manhattan and the video taken on 4/3/2018 at approximately 4:57 to 4:59 p.m. and video taken by Defendant in vehicle from his iPhone from across the street from the building.

**Ex. A-2**:   Identical videos as Ex. A-1 but chronologically arranged by Defendant's counsel.

**Ex. A-3**: Interview Plaintiff Wonzer gave on TMZ recorded from

*https://www.tmz.com/2019/12/19/skyy-daniels-tekashi-6ix9ine-victim-happy-not-home-xmas-bankrupt/.*

Copies of Exhibits A-1, A-2 and A-3 will be provided to the Court and Plaintiff's counsel on flash drives.