# EXHIBIT E

Report of Dr. Stephen H. Dinwiddie, MD:  <u>Plaintiff Kevin Dozier</u>

**FILED UNDER SEAL**