# EXHIBIT E

Report of Dr. Stephen H. Dinwiddie, MD:  <u>Plaintiff Seketha Wonzer</u>

**FILED UNDER SEAL**