# **<u>EXHIBIT F</u>**

*Curriculum Vitae* of Stephen H. Dinwiddie, MD

March 10, 2022

+

## CURRICULUM VITAE

## STEPHEN HUNT DINWIDDIE, MD

### PERSONAL

Birthplace:       College Park, MD
Birthdate:        April 3, 1955
Citizenship:      USA

### ADDRESS

Northwestern University
Department of Psychiatry and Behavioral Sciences
446 E. Ontario
7th Floor, Suite 7-200
Chicago, IL    60611
(312) 695-5635

### EDUCATION

Undergraduate:    College of William and Mary,
                  Williamsburg, VA
                  B.S., Biology and Philosophy, 1977

Graduate:         Virginia Commonwealth University
                  Medical College of Virginia
                  Richmond, VA
                  M.S., Anatomy, 1979

Professional:     Eastern Virginia Medical School
                  Norfolk, VA
                  M.D., 1982

### Postgraduate:

Internship:       Washington University/Barnes Hospital
                  St. Louis, MO
                  Psychiatry, 7/82 - 6/83

Residency:        Washington University/Barnes Hospital
                  St. Louis, MO
                  Psychiatry, 7/83 - 6/86

Stephen Dinwiddie                                                    March 10, 2022

## ACADEMIC APPOINTMENTS

Washington University School of Medicine
St. Louis, MO
Instructor in Psychiatry, 7/86 - 6/89

Washington University School of Medicine
St. Louis, MO
Assistant Professor of Psychiatry 7/89 - 12/95

Washington University School of Medicine
St. Louis, MO
Associate Professor of Psychiatry 12/95 - 8/96

Finch University of Health Sciences
The Chicago Medical School
North Chicago, IL
Professor of Psychiatry 9/96 – 3/03

The University of Chicago
Department of Psychiatry and Behavioral Neuroscience
Chicago, IL
Professor of Psychiatry 4/03 – 01/11

Northwestern University
Feinberg School of Medicine
Department of Psychiatry and Behavioral Sciences
Chicago, IL
Professor of Psychiatry 01/11 - Present

## HOSPITAL APPOINTMENTS

Jewish Hospital of St. Louis 1986 – 1996
Barnes Hospital 1986 - 1996
Elgin Mental Health Center 1996 - 2001
The University of Chicago Hospitals 2002 – 2011
Mercy Medical Center 2008 - 2011
Northwestern Memorial Hospital 2011 - Present

Stephen Dinwiddie                                                                                   March 10, 2022

## MEDICAL LICENSURE AND BOARD CERTIFICATION

    Illinois License (8/96) # 036-094005

    Diplomate, National Board of Medical Examiners
     (7/83) Certificate # 272536

    American Board of Psychiatry and Neurology
     (Psychiatry) (6/88) Certificate # 30225

    American Board of Psychiatry and Neurology
     Added Qualification in Addiction Psychiatry
     (3/31/93 - 3/31/2003) Certificate # 114
     Recertified 2003, 2013

    American Board of Psychiatry and Neurology
     Added Qualification in Forensic Psychiatry
     (12/94 - 12/2004) Certificate # 59
     Recertified 2004, 2013

## HONORS AND AWARDS

    A.D. Williams Summer Research Fellowship, 1978
    Fellow of the American Psychiatric Association, 1997
    Distinguished Fellow of the American Psychiatric Association, 2003

## APPOINTMENTS AND COMMITTEES

    Resident Educational Policy Committee, 1986 - 1996
    Resident Evaluation Committee, 1986 - 1996
    Resident Selection Committee, 1987 – 1996
    Physicians' Assistance Committee, 2003 – 2011
    Liability Committee, 2006 – 2011
    Residents Training Committee, 2011 – Present
    Grand Rounds Committee, 2011 - Present

    Advisor to DSM-IV Substance Abuse Work Group
    Counselor, Midwest Chapter, American Academy of Psychiatry and the Law, 1996 - 1997;
    Secretary, 1997 - 1999; President-elect, 1999 – 2000; President, 2000 - 2001

    Commissioner, Illinois Concealed Carry Licensing Review Board (2015- 2/2020)

Stephen Dinwiddie                                                                                    March 10, 2022

## PROFESSIONAL SOCIETIES

American Academy of Psychiatry and the Law
American Psychiatric Association
American Psychopathological Association
Illinois Psychiatric Society
International Society for ECT and Neurostimulation

## CLINICAL AND ADMINISTRATIVE TITLES AND RESPONSIBILITIES

Chief Resident in Psychiatry, 7/86 - 6/87
  Responsibilities included training psychiatry residents, serving as attending physician on ward
  services at Barnes and Jewish Hospitals, management of teaching budget, and administration of
  ECT at Barnes and Jewish Hospitals

Assistant Director of Residency Training, 7/87 - 6/91
  Responsibilities included assisting in selection and evaluation of psychiatric residents and
  administration of training program

Assistant Director of Psychiatric Services, Jewish Hospital
  Department of Psychiatry, 7/89 - 2/94
  Responsibilities included administrative oversight of inpatient psychiatry and substance abuse
  treatment units (total 53 beds), strategic planning for psychiatry division at Jewish Hospital

Head of ECT service at Jewish Hospital, 7/90 - 2/94
  Responsible for administering ECT and overseeing ECT service

Interim Medical Director, Jewish Hospital Chemical Dependency Treatment Program, 3/92 - 6/92
  Responsible for clinical direction and administrative restructuring of combined
  inpatient/outpatient treatment program

Assistant Director, Washington University Outpatient Psychiatry Clinic, 3/94 - 8/96
  Responsible for clinical direction of clinic, resident training and supervision

Attending staff, Barnes Hospital ECT service, 3/94 - 8/96

Medical Director, Elgin Mental Health Center, 9/96 – 2001
  Responsible for overseeing all aspects of clinical care and setting strategic priorities at 600-bed
  state hospital serving community and forensic patients

Associate Chair of Psychiatry, Finch University of Health Sciences/Chicago Medical
  School, 5/99 – 2001

Director Division of Forensic Psychiatry, Finch University of Health Sciences/Chicago Medical
  School, 5/99 – 2001

Stephen Dinwiddie                                                                      March 10, 2022

Director, Forensic Psychiatry Service, University of Chicago, 2002 - 2011

Acting Director, Division of Adult Psychiatry, University of Chicago, 3/2005 – 9/2005

Director, Electroconvulsive Therapy Service, University of Chicago, 2002 – 2008

Acting Director, Division of Forensic Psychiatry, Northwestern University, 4/2011 – 12/1/11

Director, Division of Forensic Psychiatry, Northwestern University, 12/11 – present

Program Director, Forensic Psychiatry Fellowship, McGaw Graduate Medical Education, Northwestern University, Department of Psychiatry and Behavioral Sciences, Residency Training Program, 4/2011 – Present

Vice Chair for Clinical Affairs, Department of Psychiatry and Behavioral Sciences, Feinberg School of Medicine, Northwestern University, 7/2016 - present

## TEACHING RESPONSIBILITIES

Teaching Assistant in Anatomy, 1979-80

Attending Physician for 3rd year medical students on clinical rotation in Psychiatry, 1987 - 1989

Staffing Physician for 1st year residents in psychiatry, 1987 - 1989

Staffing Physician for 2nd year residents in psychiatry, 1989 – 1990

Course organizer of Substance Abuse course for psychiatry residents, l989 – 1994

Course organizer of Law, Ethics, and Psychiatry course for 3rd and 4th year psychiatry residents, 1986 – 1996

Course organizer of Law, Ethics, and Psychiatry course for 4th year psychiatry residents, 1997 – 2001

Course organizer of Law, Ethics, and Psychiatry course for 3rd and 4th year psychiatry residents, 2002 - 2011

Course organizer for Substance Abuse course for 3rd year psychiatry residents, 2003 – 2011

Course organizer for Psychopathology I course for 1st year psychiatry residents, 2002 -- 2011

Course organizer for Psychopathology II course for 2nd year psychiatry residents, 2004 – 2011

Course organizer of Law, Ethics and Psychiatry course for 2nd year psychiatry residents, 2011 -

Stephen Dinwiddie                                                                                    March 10, 2022

## BIBLIOGRAPHY

### Peer-reviewed manuscripts:

1.  Jordan RL, Young TR, Dinwiddie SH, Harry GJ: Phencyclidine-induced morphological and behavioral alterations in the neonatal rat. <u>Pharmacology Biochemistry and Behavior</u> 1979; 11(suppl):39-45.

2.  Mahler H, Co BT, Dinwiddie SH: Studies in involuntary civil commitment and involuntary electroconvulsive therapy. <u>Journal of Nervous and Mental Disease</u> 1986; 174(2):97-106.

3.  Dinwiddie SH, Zorumski CF, Rubin EH: Psychiatric correlates of chronic solvent abuse. <u>Journal of Clinical Psychiatry</u> 1987; 48(8):334-337.

4.  Dinwiddie SH, Drevets WC, Smith DR: Treatment of phencyclidine-associated psychosis with ECT. <u>Convulsive Therapy</u> 1988; 4(3):230-235.

5.  Bucholz KK, Dinwiddie SH: Influence of nondepressive psychiatric symptoms on whether patients tell a doctor about depression. <u>American Journal of Psychiatry</u> 1989; 146(5):640-644.

6.  Penney JF, Dinwiddie SH, Zorumski CF, Wetzel RD: Concurrent and close temporal administration of lithium and ECT. <u>Convulsive Therapy</u> 1990; 6(2):139-145.

7.  Dinwiddie SH, Reich T, Cloninger CR: Solvent abuse and psychiatric comorbidity. <u>British Journal of Addiction</u> 1990; 85:1647-1656.

8.  Dinwiddie SH, Reich T: Epidemiological perspectives on children of alcoholics. <u>Recent Advances in Alcoholism</u> 1991; 9:287-299.

9.  Dinwiddie SH, Reich T, Cloninger CR: The relationship of solvent use to other substance abuse. <u>American Journal of Drug and Alcohol Abuse</u> 1991; 17(2):173-186.

10. Dinwiddie SH, Reich T, Cloninger CR: Solvent abuse as a precursor to intravenous drug abuse. <u>Comprehensive Psychiatry</u> 1991; 32(2):133-140.

11. Dinwiddie SH, Cloninger CR: Family and adoption studies in alcoholism and drug addiction. <u>Psychiatric Annals</u> 1991; 21(4):206-214.

12. Dinwiddie SH: Recognizing inhalant abuse. <u>Family Practice Recertification</u> 1991; 13(9):30-47.

13. North CS, Dinwiddie SH, Cottler L, Spitznagel EL: Gender differences in sociopathy and somatization in homosexual men and women. <u>International Journal of Methods in Psychiatric Research</u> 1991; 1:89-99.

14. Pribor E, Dinwiddie SH:  Psychiatric sequelae of incest.  <u>American Journal of Psychiatry</u> 1992; 149(1):52-56.

15. Dinwiddie SH, Cloninger CR, Reich T:  Prediction of intravenous drug use. <u>Comprehensive Psychiatry</u> 1992; 33(3):173-179.

16. Dinwiddie SH, Reich T, Cloninger CR:  Patterns of lifetime drug use among intravenous drug users.  <u>Journal of Substance Abuse</u> 1992; 4:1-11.

17. Dinwiddie SH, Reich T, Cloninger CR:  Lifetime complications of drug use in intravenous drug users.  <u>Journal of Substance Abuse</u> 1992; 4:13-18.

18. Dinwiddie SH:  Patterns of alcoholism inheritance.  <u>Journal of Substance Abuse</u> 1992; 4:155-163.

19. Dinwiddie SH, Reich T, Cloninger CR:  Psychiatric comorbidity and suicidality among intravenous drug users.  <u>Journal of Clinical Psychiatry</u> 1992; 53(10):364-369.

20. Dinwiddie SH:  IV drug use:  A national health crisis.  <u>Family Practice Recertification</u> 1992; 14(9):81-97.

21. Dinwiddie SH:  Psychiatric disorders among wife batterers. <u>Comprehensive Psychiatry</u> 1992; 33(6):411-416.

22. Dinwiddie SH:  Physician-assisted suicide:  Epistemologic problems.  <u>Medicine and Law</u> 1992; 11(5-6):345-352.

23. Bucholz KK, Dinwiddie SH, Reich T, Shayka JJ, Cloninger CR: Comparison of screening proposals for somatization disorder:  Empirical analyses.  <u>Comprehensive Psychiatry</u> 1993; 34(1):59-64.

24. Dinwiddie SH, Reich T:  Genetic and family studies in psychiatric illness and alcohol and drug dependence. <u>Journal of Addictive Diseases</u> 1993; 12(3): 17-27.

25. Dinwiddie SH, Bucholz KK:  Psychiatric diagnoses of self-reported child abusers.  <u>Child Abuse and Neglect</u> 1993; 17(4): 465-476.

26. Dinwiddie SH, North CS, Yutzy SH:  Multiple personality disorder:  Scientific and medicolegal issues. <u>Bulletin of the American Academy of Psychiatry and the Law</u> 1993; 21(1): 69-80.

27. Dinwiddie SH, Reich T:  Attribution of antisocial symptoms in coexistent antisocial personality disorder and substance abuse.  <u>Comprehensive Psychiatry</u> 1993; 34(4):235-242.

28. Bucholz KK, Cadoret R, Cloninger CR, Dinwiddie SH, Hesselbrock VM, Nurnberger JI,

Reich T, Schmidt I, Schuckit MA:  A new, semi-structured psychiatric interview for use in genetic linkage studies:  A report of the reliability of the SSAGA.  Journal of Studies on Alcohol 1994; 55:149-158.

29. Dinwiddie SH, Yutzy SH:  Dangerous delusions?  Misidentification syndromes and professional negligence. Bulletin of the American Academy of Psychiatry and the Law 1993; 21(4): 513-521.

30. Compton WM, Cottler LB, Dinwiddie SH, Spitznagel EL, Mager DE, Asmus G:  Inhalant use: Characteristics and predictors. American Journal on Addictions 1994; 3(3): 263-272.

31. Dinwiddie SH:  Abuse of inhalants:  A review. Addiction 1994; 89:925-939.

32. Dinwiddie SH:  Psychiatric genetics and forensic psychiatry: A review. Bulletin of the American Academy of Psychiatry and the Law 1994; 22(3):327-342.

33. Schulte JG, Dinwiddie SH, Pribor EF, Yutzy SH:  Psychiatric diagnoses of adult male victims of childhood sexual abuse.  Journal of Nervous and Mental Disease 1995; 183:111 – 113.

34. Heath AC, Bucholz KK, Slutske WS, Madden PAF, Dinwiddie SH, Dunne MP, Statham DB, Whitfield JB, Martin NG, Eaves LJ: The assessment of alcoholism in surveys of the general community: what are we measuring?  Some insights from the Australian twin panel interview survey.  International Review of Psychiatry 1994; 6:295-307.

35. Heath AC, Slutske WS, Madden PAF, Bucholz KK, Dinwiddie SH, Whitfield J, Dunne MP, Statham D, Martin NG: Genetic effects on alcohol consumption patterns and problems in women. Alcohol and Alcoholism 1994; (Suppl 2): 55-59.

36. Slutske WS, Heath AC, Madden PAF, Bucholz KK, Dinwiddie SH, Dunne MP, Statham DS, Whitfield JB, Martin NG:  Is alcohol-related flushing a protective factor for alcoholism in Caucasians? Alcoholism, Clinical and Experimental Research 1995; 19(3): 582-592.

37. Slutske WS, Heath AC, Madden PAF, Bucholz KK, Dinwiddie SH, Dunne MP, Statham DJ, Martin NG:  Reliability and reporting biases for perceived parental history of alcohol-related problems: agreement between twins and differences between discordant pairs. Journal of Studies on Alcohol 1996; 57(4):  387-395.

38. Dinwiddie SH, Isenberg KE:  Combined alfentanil-methohexital anesthesia in electroconvulsive therapy. Convulsive Therapy 1995; 11(3): 170-176.

39. Dinwiddie SH:  Genetics, antisocial personality, and criminal responsibility. Bulletin of the American Academy of Psychiatry and the Law 1996; 24(1): 95-108.

40. Slutske WS, Heath AC, Dinwiddie SH, Madden PAF, Bucholz KK, Dunne MP, Statham DJ, Martin NG:  Modeling genetic and environmental influences in the etiology of conduct disorder:  a study of 2682 adult twin pairs.  Journal of Abnormal Psychology 1997; 106(2): 266-279.

41. Quaid KA, Dinwiddie SH, Conneally PM, Nurnberger JI Jr: Issues in genetic testing for susceptibility to alcoholism:  Lessons from Alzheimer disease and Huntington's disease. Alcoholism:  Clinical and Experimental Research 1996; 20(8): 1430-1437.

42. Dinwiddie SH, Cottler L, Compton W, Ben Abdallah A: Psychopathology and HIV risk behaviors among injection drug users in and out of treatment.   Drug and Alcohol Dependence 1996; 43: 1-11.

43. Dinwiddie SH:  Characteristics of injection drug users derived from a large family study of alcoholism: Comprehensive Psychiatry 1997; 38(4): 218-229.

44. Heath AC, Bucholz KK, Madden PAF, Dinwiddie SH, Slutske WS, Statham DJ, Dunne MP, Whitfield J, Martin NG:  Genetic and environmental contribution to alcohol dependence risk in a national twin sample: consistency of findings in women and men.  Psychological Medicine 1997; 27(6): 1381-1396.

45. Dunne MP, Martin NG, Statham DJ, Slutske WS, Dinwiddie SH, Bucholz KK, Madden PAF, Heath AC:  Genetic and environmental contributions to variance in age at first sexual intercourse.  Psychological Science 1997; 8(3): 211-216.

46. Madden PAF, Bucholz KK, Dinwiddie SH, Slutske WS, Bierut LJ, Statham DJ, Dunne MP, Martin NG, Heath AC: Nicotine withdrawal in women. Addiction 1997; 92(7):  889-902.

47. Dinwiddie SH, Daw EW:  Temporal stability of antisocial personality disorder: Blind follow-up study at eight years.  Comprehensive Psychiatry 1998; 39(1): 28-34.

48. Slutske WS, Heath AC, Dinwiddie SH, Madden PAF, Bucholz KK, Dunne MP, Statham DJ, Martin NG:  Common genetic risk factors for conduct disorder and alcohol dependence. Journal of Abnormal Psychology 1998; 107(3):363-374.

49. Dinwiddie SH:  Potential psychodynamic factors in physician-assisted suicide. Omega 1999-2000; 40(1):101-108.

50. Leach AM, Hardy DW, Dinwiddie SH:  Management of forensic patients with addictive disorders.  Psychiatric Annals, 1998; 28(12): 709-713.

51. Bierut LJ, Dinwiddie SH, Begleiter H, Crowe RR, Hesselbrock V, Nurnberger JI, Porjesz B, Schuckit MA, Reich T: The familial transmission of substance dependence: Alcohol, marijuana, cocaine, and habitual smoking.  Archives of General Psychiatry, 1998; 55(11): 982-988.

52. Statham DJ, Heath AC, Madden PAF, Bucholz KK, Bierut LJ, Dinwiddie SH, Slutske WS, Dunne MP, Martin NG:  Suicidal behaviour: An epidemiological and genetic study. Psychological Medicine 1998; 28(4): 839-855.

53. Bierut LJ, Heath AC, Bucholz KK, Dinwiddie SH, Madden PAF, Statham DJ, Dunne MP, Martin NG:  Major depressive disorder in a community-based twin sample:  Are there different genetic and environmental contributions for men and women?  <u>Archives of General Psychiatry</u>, 1999: 56(6): 557-563.

54. Dinwiddie SH, Heath AC, Dunne MP, Bucholz KK, Madden PAF, Slutske WS, Bierut LJ, Statham DJ, Martin NG: Early sexual abuse and lifetime psychopathology: A co-twin control study, <u>Psychological Medicine</u>, 2000: 30: 41-52.

55. Heath AC, Madden PAF, Bucholz KK, Dinwiddie SH, Slutske WS, Bierut LJ, Rohrbaugh JW, Statham DJ, Dunne MP, Whitfield JB, Martin NG: Genetic differences in alcohol sensitivity and the inheritance of alcoholism risk.  <u>Psychological Medicine</u>, 1999:29:1069-1081.

56. McLaughlin TL, Heath AC, Bucholz KK, Madden PAF, Bierut LJ, Slutske WS, Dinwiddie S, Statham DJ, Dunne MP, Martin NG:  Childhood sexual abuse and pathogenic parenting in the childhood recollections of adult twin pairs.  <u>Psychological Medicine</u> 2000; 30(6):1293-1302.

57. Daghestani AN, Hardy DW, Dinwiddie SH: Antisocial personality disorders in and out of correctional and forensic settings.  <u>Psychiatric Annals</u>, 2001;56. 31 (7):441-446.

58. Heath AC, Madden PA, Bucholz KK, Bierut LT, Whitefield JB, Dinwiddie SH, Slutske WS, Statham DB, Martin NG: Towards a molecular epidemiology of alcohol dependency:  Analysing the interplay of genetic and environmental risk factors.  <u>British Journal of Psychiatry</u>, 2001; 178 (suppl.40): 533-40.

59. Nelson EC, Heath AC, Madden PA, Cooper ML, Dinwiddie SH, Bucholz KK, Glowinski A, McLaughlin T, Dunne MP, Statham DJ, Martin NG:  Association between self-reported childhood sexual abuse and adverse psychosocial outcomes: results from a twin study.  <u>Archives of General Psychiatry</u>, 2002; 59(2): 139-45.

60. Dinwiddie SH, Shicker L. Newman T:  Prevalence of hepatitis C in a public-sector psychiatric hospital.  <u>American Journal of Psychiatry</u>, 2003; 160(1): 172-174.

61. Sierles FS, Dinwiddie SH, Patoi D, Atre-Vaidya N, Schrift MJ, Woodard JL:  Factors affecting medical student career choice of psychiatry from 1999-2001.  <u>Academic Psychiatry</u> 2003; 27(4):260-268.

62. Dinwiddie SH, Briska W:  Prosecution of violent psychiatric inpatients:  Theoretical and practical issues.  <u>International Journal of Law and Psychiatry</u> 2004; 27(1):17-29.

63. Beresford B, Glick D, Dinwiddie SH:  Combination propofol-alfentanil anesthesia for ECT in patients receiving MAO inhibitors.  <u>Journal of ECT</u> 2004; 20(2): 120-122.

64. Dinwiddie SH, Hoop J, Gershon E:  Ethical issues in the use of genetic information.  International Review of Psychiatric Genetics 2004; 16(4):320-328.

65. Lee A, Glick DB, Dinwiddie SH:  ECT in a pediatric patient with malignant catatonia and paraneoplastic limbic encephalitis.  Journal of ECT 2006; 24(4):267-70

66. Meyers C, Dinwiddie SH:  ECT in a man with FG syndrome.  Journal of ECT 2007; 25(1):33-35.

67. Myers C, Golpalka A, Glick DB, Goldman MB, Dinwiddie SH:  A case of negative-pressure pulmonary edema following electroconvulsive therapy.  Journal of ECT 2007; 23(4):281-3.

68. Dinwiddie SH, Huo D, Gottlieb O:  The course of myalgia and headache following ECT.  Journal of ECT 2010; 26(2):116-120.

69. Dinwiddie SH, Spitz D:  Resident education in electroconvulsive therapy.  Journal of ECT 2010; 26(4):310-316.

70. Choukalas CG, Walter J, Glick DB, O'Connor MF, Tung A, Dinwiddie SH, Nunnally ME:  Mask ventilation, hypocapnia, and seizure duration in electroconvulsive therapy.  Journal of Clinical Anesthesia 2010; 22(6):415-419.

71. Pontikes T, Dinwiddie SH:  ECT in a patient with multiple sclerosis and recurrent catatonia.  Journal of ECT 2010; 26(4):270-271.

72. Alliey-Rodriguez N, Zhang D, Badner JA, Lahey BB, Zhang X, Dinwiddie SH, Romanos B, Plenys M, the Bipolar Genome Study, Liu C, Gershon ES:  Genome-wide association study of personality traits in bipolar patients. Psychiatric Genetics 2011; 21(4):190-194.

73. Dinwiddie SH, Glick DB, Goldman MB:   The effect of propofol-remifentanil anesthesia on selected seizure quality indices in electroconvulsive therapy.  Brain Stimulation 2012; 5(3):402-407.

74. Dinwiddie SH: Potential medicolegal issues in the care of the VIP. Psychiatric Annals 2012; 42(1):33-37.

75. Georges EM, Anzia J, Dinwiddie SH:  Clinical dimensions of the treatment of the VIP:  Patients, physicians and administrators.  Psychiatric Annals 2012; 42(1):15-19.

76. Dinwiddie SH:  Somatization disorder:  Past, present and future.  Psychiatric Annals 2013; 43(2):78-83.

77. Anderson D, Wollmann R, Dinwiddie SH:  Neuropathological evaluation of an 84-year-old man after 422 ECT treatments .   Journal of ECT 2014; 30:248-250.

Stephen Dinwiddie                                                                      March 10, 2022

78. Ghignone E, Rosenthal L, Lloyd RB, Mouli S, Dinwiddie SH:  ECT in a patient with moyamoya syndrome.  Journal of ECT 2015; 31(1):e14

79. Dinwiddie SH:  Psychopathy and sociopathy:  The history of a concept.  Psychiatric Annals 2015; 45(4): 169-174.

80. Rovner M, Jackson WM, Dinwiddie SH:  Evaluating patients for impaired medical decisional capacity:  Ethical and clinical issues.  Psychiatric Annals 2015; 45(8):417-21.

81. Isenberg KE, Dinwiddie S, Heath AC, Osborne V, Tepper M, Jarvis M, Spitznagel EL, Zorumski CF, North CS:  Effects of electrical parameters on ECT convulsive threshold and duration.  Annals of Clinical Psychiatry 2016; 28(2):105-116.

82. Dinwiddie SH:  Psychiatric comorbidity in people who inject drugs.  Psychiatric Annals 2017; 47(1):27-32.

83. Santoiemma PP, Dinwiddie SH, Angarone MP:  Infectious disease complications in people who inject drugs.  Psychiatric Annals 2017; 47(1):33-37.

84. Libeu S, Dinwiddie SH:  Thinking about (completed) suicide.  Psychiatric Annals 2017; 47(9):460-465.

85. Bordelon S, Dinwiddie SH:  Are there antidotes for suicide risk?  If so, what should we tell our patients about them?  Psychiatric Annals 2017; 47(9):466-470.

86. Dinwiddie SH:  Does ECT injure the brain?  Psychiatric Annals 2019; 49(4):148-151.

87. Matrick A, Babb E, Dinwiddie, SH:  Assessment of need for guardianship:  What is the role of the psychiatrist? Psychiatric Annals 2021; 51(3):112-117.

88. Dinwiddie SH:  When should inpatients who exhibit violent behaviors be prosecuted?  Psychiatric Annals 2021; 51(3):123-126.

**Chapters, monographs, and invited publications:**

1. Dinwiddie SH: Postnatal Effects of Prenatal Exposure to Phencyclidine in the Rat.  Master's Thesis, 1979.

2. Dinwiddie SH, Cloninger CR: Family and Adoption Studies in Alcoholism, in Goedde HW, Agarwal DP (eds.):  Alcoholism Biomedical and Genetic Aspects.  New York:  Pergamon Press, 1989, pp. 259-276.

3. Cloninger CR, Dinwiddie SH, Reich T:  Epidemiology and genetics of alcoholism, in Tasman A, Hales RE, Frances AJ (eds.):  Annual Review of Psychiatry, Vol. 8. Washington, D.C.: American Psychiatric Association Press, 1989, pp. 293-308.

Stephen Dinwiddie                                                                                March 10, 2022

4.  Dinwiddie SH, Dappert B:  Solvent abuse.  A & D News 1987; 3(4): 1-7.

5.  Dinwiddie SH:  Intravenous drug use and intravenous drug abusers.  A & D News 1989; 5(2): 1-4.

6.  Dinwiddie SH:  Drug addiction and the diabetic.  Diabetes Spectrum 1990; 3(6): 353-356.

7.  Cloninger CR, Dinwiddie SH:  Genetic risk factors in susceptibility to substance abuse, in Korenman SG, Barchas JD (eds.):  Biological Basis of Substance Abuse. New York: Oxford University Press, 1993.

8.  Dinwiddie SH:  Book review:  Sher K:  Children of Alcoholics.  Journal of Nervous and Mental Disease 1993; 181(5): 334-335.

9.  Dinwiddie SH:  Book review: Loriedo C, Vella G:  Paradox and the Family System. Academic Psychiatry, 1993.

10. Dinwiddie SH:  Inhalants, in Miller N (Ed.) Principles of Addiction Medicine.  Chevy Chase, MD:  American Society of Addiction Medicine, 1994.

11. Dinwiddie SH, Farber N:  Pharmacological therapies of cannabis, hallucinogens, phencyclidine, and volatile solvent addictions, in Miller NS, Gold MS (ed.): Pharmacological Therapies for Drug and Alcohol Addictions, New York: Marcel Dekker, Inc., 1995.

12. Dinwiddie SH, McBride WJ, Reich T:  Substance abuse and addiction: Genetic components. Technical report prepared for the Federal Office of Technology Assessment, 1993.

13. Dinwiddie SH:  Volatile substances, in Rommelspacher H, Schuckit M (eds.): Ballière's Clinical Psychiatry International Practice and Research, vol 2, number 3.  London, Balliere Tindall, 1996, pp. 501-516.

14. Bierut LJ, Dinwiddie SH:  Familial and genetic studies of comorbidity of addictive and psychiatric disorders, in Miller NS (ed.):  The Principles and Practice of Addictions in Psychiatry, Philadelphia:  W.B. Saunders  Company, 1997, pp. 47-54.

15. Dinwiddie SH, Yutzy SH:  Ethical issues in psychiatric practice, in Guze SB (ed.): Washington University Adult Psychiatry, St. Louis:  Mosby-Year Book, Inc., 1997, pp. 445-453.

16. Yutzy SH, Dinwiddie SH:  Forensic issues, in Guze SB (ed.): Washington University Adult Psychiatry, St. Louis: Mosby-Year Book, Inc., 1997, pp. 435-443.

17. Dinwiddie SH:  The pharmacology of inhalants, in Graham AW, Schultz TK and Wilfor BB (Eds.):  Principles of Addiction Medicine.  Chevy Chase, MD:  American Society of Addiction Medicine, 1998, pp. 187-193.

Stephen Dinwiddie                                                                    March 10, 2022

18. Dinwiddie SH:   Psychological and psychiatric consequences of inhalants, in Tarter RE, Ammerman RT, Ott PJ (eds.) <u>Handbook of Substance Abuse:   Neurobehavioral Pharmacology</u>.  New York, Plenum Press, 1998.

19. Dinwiddie SH:  Subtyping of injecting drug users, in Fishbein D (ed) <u>The Science, Treatment, and Prevention of Antisocial Behaviors:  Applications to the Criminal Justice System.</u> Kingston, NJ:  Civic Research Institute, Inc., 2000, pp. 24-1 - 24-10.

20. Dinwiddie SH:   Biological causes of criminality and expert testimony:   Some cautionary thoughts, in Fishbein D (ed):  <u>The Science, Treatment, and Prevention of Antisocial Behaviors: Applications to the Criminal Justice System</u>.  Kingston, NJ:  Civic Research Institute, Inc., 2000, pp. 13-1 - 13-11.

21. Dinwiddie SH, Staples N, Meyers D:  A "medical model" of inpatient care technology, in Reid WH, Silver SB (eds.):  <u>Handbook of Mental Health Management and Administration</u>. New York:  Taylor and Francis, 2003, p. 408.

22. Dinwiddie SH:  Genes and Justice (review of Botkin JR, McMahon WM, Francis, LP (eds.) <u>Genetics and Criminality</u>. Contemporary Psychology: American Psychological Association Review of Books 2002; 47(6): 732-34.

23. Dinwiddie SH:   Mental health:  Law and policy, in Albrecht, GL (ed.):   <u>Encyclopedia of Disability</u>, Vol. 3.  Thousand Oaks CA:  SAGE Publications, 2006, pp. 1077-1081.

24. Dinwiddie SH, Yutzy SH:  Ethical issues in psychiatric practice, in Rubin E, Zorumski C (eds.):  Washington University Adult Psychiatry, 2nd edition.  Oxford, UK:  Blackwell Publishing Ltd., 2005, pp. 429-437.

25. Swallow M, Yutzy SH, Dinwiddie SH:   Forensic issues, in Rubin E, Zorumski C (eds.):  Washington University Adult Psychiatry, 2nd edition.  Oxford, UK:  Blackwell Publishing Ltd., 2005, pp. 420-428.

26. Hoop JG, Cook J, Edwin J, Dinwiddie SH, Gershon ES:   Neurogenetics, behavior, and neurodegenerative disorders, in Sharpe NF, Carter RF (eds.), <u>Genetic Testing:   Care, Consent and Liability</u>.  Hoboken, NJ:  John Wiley and Sons, 2006, pp. 223-238.

27. Dinwiddie SH:  Predicting the Unpreventable and Preventing the Unpredictable (review of Simon RI, Hales RE (eds.) <u>Textbook of Suicide Assessment and Management</u>). PsycCRITIQUES—Contemporary Psychology:   American Psychological Association Review of Books 52(21), 2007.

28. Dinwiddie SH:  A life regained (editorial).  <u>Journal of ECT</u> 2008; 24(2):107-9.

29. Dinwiddie SH:  Lobotomy.  <u>World Book Encyclopedia</u> (in press, 2009).

30. Dinwiddie SH, Hoop J, Gershon E:  Ethical issues in behavioral genetics, in Nurnberger J,

Berrettini W (eds.) <u>Principles of Psychiatric Genetics</u>.  New York:  Cambridge University Press, 2012, pp. 324-335.

31. Dinwiddie SH:  VIP Syndrome (editorial).  <u>Psychiatric Annals</u> 2012; 42(1):9-10.

32. Dinwiddie SH:  Evidence-based psychiatry (editorial).  <u>Psychiatric Annals</u> 2013; 43(2):55-56.

33. Buratto S, Dinwiddie SH:  Juvenile forensic psychiatric evaluations.  <u>Virtual Mentor</u> 2013; 15:860-865.

34. Dinwiddie SH:  Communication with Mass Media, in Sadler J, Fulford W, Van Staden W (eds.), <u>Oxford Handbook of Psychiatric Ethics</u>.  Croyden, UK: Oxford University Press, 2015, pp. 826-838.

35. Dinwiddie SH:  Psychopathy versus sociopathy (editorial).  <u>Psychiatric Annals</u> 2015; 165-166.

36. Dinwiddie SH:  Injection drug dependence (editorial).  <u>Psychiatric Annals</u> 2017; 47(1):15-20.

37. Dinwiddie SH:  Thinking about risk (editorial).  <u>Psychiatric Annals</u> 2017; 47(9):440-441.

38. Dinwiddie SH:  Forensic Psychiatry, in Csernansky J, et al. (eds.), <u>Landmark Papers in Psychiatry</u>, in press (2019).

39. Dinwiddie SH:  Why is ECT still underused? (editorial).  <u>Psychiatric Annals</u> 2019; 49(4):145-146.

40. Dinwiddie SH:: Issues at the interface of consultation and forensic psychiatry (editorial).  Psychiatric Annals 2021; 51(3):103-104.

**<u>Abstracts and letters</u>:**

1.  Dinwiddie SH, Jordan RL:  Postnatal effects of prenatal exposure to phencyclidine in the rat.  <u>Anatomy Record</u>   1979; 193(3):524.

2.  Compton WM, Cottler LB, Dinwiddie SH, Mager DE:  Solvent users:  Characteristics and predictors.  In:  Harris L (ed.):  <u>NIDA Research Monograph--Problems of Drug Dependence 1992</u>.  Washington, DC: US Government Printing Office, in press.  Presented at the Annual Scientific Meeting of College on Problems of Drug Dependence, June 1992.

3.   Pribor EF, Dinwiddie SH:  Letter:  Borderline personality disorder in incest victims (reply). Am J Psychiatry 1992; 149(9):1278.

4.  Madden PAF, Heath AC, Bucholz KK, Dinwiddie SH, Dunne MP, Martin NG: The genetic relationship between problems related to alcohol use, smoking initiation and personality.  Research Society on Alcoholism, in press.

5.    Heath AC, Bucholz KK, Dinwiddie SH, Madden PAF, Dunne MP, Martin NG:  Genetic

Stephen Dinwiddie                                                                     March 10, 2022

contribution to risk of problem drinking in women.  Abstract presented at the annual meeting of the Research Society on Alcoholism, San Antonio, TX, June 1993.


6.      Bucholz KK, Heath AC, Madden PAF, Dinwiddie SH, Dunne MP, Martin NG: Problem drinking, parental rearing style and social support.  Abstract presented at the annual meeting of the Research Society on Alcoholism, San Antonio, TX, June 1993.

7.   Madden PAF, Heath AC, Bucholz KK, Dinwiddie SH, Dunne MP, Martin, NG: Novelty seeking and the genetic determinants of smoking initiation and problems related to alcohol use in female twins.  Abstract presented at the annual meeting of the Research Society on Alcoholism, San Antonio, TX, June 1993.

8.   Bucholz KK, Heath AC, Slutske WS, Madden PAF, Dinwiddie SH, Dunne MP, Statham D, Martin NG:  Subtyping alcoholism using latent class analysis:  II. Data from a volunteer sample of twins from the Australian Twin Registry. Alcoholism: Clinical and Experimental Research, 1995; 19, 57A.

9.   Madden PAF, Heath AC, Bucholz KK, Dinwiddie SH, Slutske WS, Dunne MP, Statham D, Martin NG:  The genetic relationship between DSM-III-R alcohol dependence, smoking, novelty-seeking and history of conduct problems.  Alcoholism: Clinical and Experimental Research 1995; 19, 71A.

10. Slutske WS, Heath AC, Bucholz KK, Dinwiddie SH, Madden PAF, Dunne MP, Statham DS, Martin NG:  Differences between twins discordant for perceived parental alcohol problems. Alcoholism:  Clinical and Experimental Research 1995; 19, 82A.

11.     Dunne MP, Martin NG, Statham D, Dinwiddie SH, Slutske WS, Bucholz KK, Madden PAF, Heath AC:  Age-cohort differences in genetic contribution to age at first sexual intercourse. Behavior Genetics 1995; 25, 262.

12. Heath AC, Madden PAF, Bucholz KK, Slutske WS, Dinwiddie SH, Bierut L, Statham DJ, Dunne MP, Martin NG: Genetics of alcoholism and alcohol exposure.  Behavior Genetics 1995; 25, 270.

13. Madden PAF, Heath AC, Bierut L, Dinwiddie SH, Bucholz KK, Slutske WS, Dunne MP, Statham DJ, Martin NG:  Genetic vulnerability to substance use and dependence:  specificity vs. generality of risk.  Behavior Genetics 1995; 25, 276-277.

14. Slutske WS, Heath AC, Bucholz KK, Dinwiddie SH, Madden PAF, Dunne MP, Statham DS, Martin NG:  The genetic epidemiology of DSM-III-R conduct disorder. Behavior Genetics 1995; 25, 288.

15. Statham DJ, Martin NG, Dunne MP, Dinwiddie SH, Slutske WS, Bierut L, Madden PAF, Bucholz KK, Heath AC:  Genetic factors in suicidal thoughts, intentions, and behavior. Behavior Genetics 1995, 25, 289.

Stephen Dinwiddie                                                                              March 10, 2022

16. Madden PA, Heath AC, Bucholz KK, Slutske WS, Bierut LJ, Dinwiddie SH, Dunne MP, Statham DS, Martin NG: Tolerance to alcohol and the familial coaggregation of lifetime cigarette smoking and alcohol dependence in twins. American Journal of Medical Genetics 1997; 74(6): 575.

17. Heath AC, Madden PAF, Bucholz KK, Dinwiddie SH, Slutske WS, Dunne MP, Statham D, Martin NG: Genetic contribution to alcoholism risk in women. Alcoholism: Clinical and Experimental Research 1994; 18, 448.

18. Slutske WS, Heath AC, Eaves LJ, Madden PAF, Bucholz KK, Dinwiddie SH, Dunne MP, Statham D, Martin NG: An examination of the classification of alcoholism using latent class analysis. Alcoholism: Clinical and Experimental Research 1994; 18, 492.

19. Slutske WS, Heath AC, Madden PAF, Bucholz KK, Dinwiddie SH, Dunne MP, Statham D, Martin NG, Whitfield JB: Flushing, blushing, and other heritable responses to alcohol: Findings in Caucasian twins. Alcoholism: Clinical and Experimental Research 1994; 18, 59A.

20. Heath AC, Bucholz KK, Dinwiddie SH, Madden PAF, Slutske WS, Dunne MP, Statham DS, Martin NG: Pathways from genotype to alcoholism risk in women. Behavior Genetics 1994; 24, 517.

21. Isenberg KE, Dinwiddie SH, Heath AC, Jarvis M, Zorumski CF: Effect of stimulus parameters on seizure threshold and duration. Convulsive Therapy 1996; 12(1): 68.

22. Dinwiddie SH, Bierut L, Bucholz KK, Dunne MP, Madden PAF, Slutske WS, Statham DJ, Martin NG, Heath AC: Self-reported childhood sexual abuse and lifetime psychopathology: A cotwin control study. Poster presented at the meeting of Behavior Genetics, Richmond, VA, 1995.

23. Heath AC, Dinwiddie SH, Isenberg KE, Jarvis M, Zorumski CF: Effect of psychotropic medication on seizure threshold and duration in electroconvulsive therapy. Poster presented at the annual meeting of the American Psychiatric Association, New York, May 1996.

24. Glick DB, Dinwiddie SH, Gautam G: The use of mivacurium for pediatric electroconvulsive therapy. Anesthesia and Analgesia 2004; 98(2S):S214.

25. Kastenholz K, Rosenthal L, Dinwiddie SH: ECT in a patient with catatonia and an intracranial arachnoid cyst. Journal of ECT 2014; 30(4):e53-54.

26. Semenova Y, Hanko V, Dinwiddie SH: Financial domination: An introduction to its implications for forensic psychiatrists. Poster presented at the annual meeting of the American Academy of Psychiatry and the Law, Baltimore MD, 10/25/2019.

**Presentations:**

1. "Epidemiological Patterns of Alcoholism Inheritance". Presented at the 1st Annual Ignatia Hall Conference on Alcoholism, St. Thomas Medical Center, Akron, OH, October 3, 1989.

2.      "The Genetics of Addiction".  Presented at the American Society of Addiction Medicine meeting, "State of the Art in Addiction Medicine", Orlando, FL, October 20, 1989.

3.   "Intravenous Drug Use and Intravenous Drug Users".  Presented at Grand Rounds, Department of Psychiatry, University of Chicago, Chicago, IL, September 14, 1992.

4.   "Depression as a Primary Care Illness" (with E. Pribor, M.D.).  Presented at Grand Rounds, Department of Obstetrics and Gynecology, Washington University, St. Louis, MO, December 2, 1992.

5.   "Drug Abuse in Ob/Gyn patients".  Presented at Washington University CME course, "Depression and Related Disorders in Women", May 1, 1993.

6.   "Genetics of Alcoholism".  Presented at Grand Grounds, Department of Psychiatry, Chicago Medical School, Chicago, IL January 19, 1995.

7.   "Behavioral Genetics and Criminal Responsibility".  Presented at American Academy of Psychiatry and the Law, Midwest Chapter, Annual Scientific Meeting, St. Louis, MO, April 19-20, 1996.

8.   "The Meaning of Mental Illness: Diagnosis and Moral Culpability".  Presented at Symposium on Diagnosis and Treatment of Sex Offenders, DePaul University Law, June 30, 1997.

9.      "Medicolegal Aspects of Involuntary Treatment: A Clinical Perspective".  Presented at Zeller Mental Health Center, Peoria, IL, July 10, 1997.

10. "Diagnosis and Treatment of Personality Disordered Individuals (with Dennis Hopkins, Psy.D., MBA).  Presented at the 12th Annual Statewide Forensic Conference sponsored by the Illinois Department of Human Services, Chicago Metropolitan Forensic Services and Loyola University Chicago, Department of Government and Community Relations, Chicago, IL, October 21, 1997.

11. "Biological Causes of Criminality and Expert Testimony: Some Cautionary Thoughts".  Presented at the 35th Annual Meeting, Academy of Criminal Justice Sciences, Albuquerque, NM, March 14, 1998.

12.      "Subtypes and Outcomes Among Injecting Drug Users: A Latent Class Analysis".  Presented at the 35th Annual Meeting, Academy of Criminal Justice Sciences, Albuquerque, NM, March 14, 1998.

13. "Somatoform and Dissociative Disorders".  Presented at the University of Chicago Boards Review Course, October 6, 1998.

14.      "Biological Factors in Violence" (with Mohammed Alam, MD).  Presented at the 13th Annual Statewide Forensic Conference, sponsored by the Illinois Department of Human Services, Chicago Metropolitan Forensic Services and Loyola University, Chicago, IL, October 20, 1998.

Stephen Dinwiddie                                                                     March 10, 2022

15. "Substance Abuse and Aggression: Diagnostic and Management Issues".  Presented at the 2nd Annual Midwest Aggression Conference, Chicago, IL, April 24, 1999.

16. "Medicolegal Considerations in the Practice of Electroconvulsive Therapy".  Presented at the 2000 meeting of the Association for Convulsive Therapy, Chicago, IL.

17. "Basic Legal Concepts in Administrative Psychiatry", in "Basic Concepts in Administrative Psychiatry:  Care Management, Law, and Ethics" (Christopher Fichtner, M.D. and Wesley Sowers, M.D., course directors).  Presented at the 2002 annual meeting of the American Psychiatric Association, Philadelphia, PA, May 19, 2002.

18. "Assessment of Emotional Damages in Litigation".  Presented at the Illinois Association of Defense
    Trial Counsel 39th Spring Defense Tactics Seminar, Chicago, IL, March 1, 2003.

19. "Assessment of Emotional Damages in Civil Litigation" (with Robert P. Cummins, J.D.).  Presented        at American Academy of Psychiatry and the Law, Midwest Chapter annual meeting, Chicago, IL,        April 4, 2003.

20. "The Impaired Anesthesiologist:  What Should We Be Looking For?"  Presented at Northwestern University, Department of Anesthesiology, Grand Rounds program, July 15, 2005.

21. "Whatever Happened to Briquet's Syndrome?" Presented at the University of Chicago, Department of Psychiatry, Grand Rounds program, January 17, 2006

22. "Opiate Anesthesia for ECT".  Presented at the Second Annual Conference on Brain Stimulation Therapies for the Treatment of Psychiatric Disorders, St. Louis, MO  June 16, 2006

23. "Why Research Matters:  Applying Science to Cases".  Panel presented at the 41st annual meeting of the American Academy of Psychiatry and the Law, Tucson AZ, October 24. 2010.  Co-presenters Susan Hatters Friedman, M.D., Ryan Hall, M.D., Michael Harlow, M.D., J.D., and Suzanne Yang, M.D.

24. "Dissection of a Psychiatric Malpractice Case:  Completed Suicide Hours After Inpatient Discharge", with James Cavanaugh, MD.  Presented at Rush University Department of Psychiatry Grand Rounds program, May 9, 2012.

25. "Dissection of a Psychiatric Malpractice Case:  Completed Suicide Hours After Inpatient Discharge", with James Cavanaugh, MD.  Presented at Lutheran General Hospital Department of Psychiatry Grand Rounds program, December 12, 2012.

26. "Shifting Sands:  Diagnosis, Diagnostic Error, and Changes Brought by DSM-5".  Presented at the 6th International Meeting of the Society to Improve Diagnosis in Medicine, Chicago, IL, September 23, 2013.

Stephen Dinwiddie                                                                                    March 10, 2022

27. "When Pigs Fly:  What Psychiatrists Should Know About Disability Evaluations".  Presented at Rush University Department of Psychiatry Grand Rounds program, March 9, 2017.

28. "Psychiatry and Public Commentary:  50 years of the Goldwater Rule".  Presented at the annual meeting of the Midwest Chapter of the American Academy of Psychiatry and the Law, April 1, 2017.

29. "A Review of 53 Child Custody Evaluations" (with Jason Washburn, Ph.D. and Barbara Kahn, J.D.) Presented at the 2017 meeting of the American Academy of Psychiatry and the Law, October 26, 2017.

30. "Men Using the Internet to Solicit Sex From Minors" (with Mark Chapman, MD, Melanie Venable, MD, and Jeffrey Danziger, MD).  Presented at the 2017 meeting of the American Academy of Psychiatry and the Law, October 28, 2017.

31. "Mental Health Services for People Who Refuse Care" (with Joseph Monahan, JD).  Presented at the 13th annual Elder Law Short Course, Illinois Institute for Continuing Legal Education, Lisle, IL  December 6, 2017.

32. "Neuroscience and Symptoms of Addiction".  Presented at the 2018 Judicial Education Conference, Lombard, IL  February 5, 2018.

33. "Violent Behavior:  Prediction, Assessment and Interventions".  Presented at the 2018 APRN Midwest Conference, Lisle, IL  October 19, 2018.