# Exhibit G

Excerpt of November 26, 2018 court transcript, at p. 25, in *United States v. Jamel Jones a/k/a "Mel Murda" et al* [SDNY Case No.  S1 18 Cr. 0834(PAE)]

1  indictment, lab reports, including ballistics -- I believe
2  we're also waiting on DNA results -- and vouchers of vouchered
3  physical evidence.
4          THE COURT:  About how many different incidents are
5  covered by the NYPD reports?
6          MR. LONGYEAR:  Approximately about six or so, your
7  Honor.
8          THE COURT:  OK.  Thank you.
9          MR. LONGYEAR:  There is also physical evidence.  A
10 search warrant was executed on Mr. Hernandez's home on
11 September 27/28.
12         THE COURT:  I'm sorry.  There is a search warrant on
13 Mr. Hernandez's home late this September?
14         MR. LONGYEAR:  Late this September.  A firearm was
15 recovered as well as proceeds of the April 3rd robbery.
16         THE COURT:  What proceeds?
17         MR. LONGYEAR:  It was a bag of one of the victim's.
18 Some of his personal -- the victim's personal belongings were
19 also in that bag.  The "personal belongings" meaning passport,
20 credit cards, identification information.
21         There is surveillance video, your Honor, of several of
22 these incidents, including --
23         THE COURT:  I'm sorry.  On the search warrant, the
24 search warrant was approved by a magistrate judge here?
25         MR. LONGYEAR:  In Eastern District, in the Eastern

1 District.

2          THE COURT:  OK.  Thank you.

3          Go ahead.  I think you were in the middle of physical

4 evidence.

5          MR. LONGYEAR:  That physical evidence, we executed a

6 search warrant of a car belonging to Mr. Martin.  A gun was

7 recovered from that -- I should say, the gun was recovered as

8 the car was being repossessed.  The repo company brought it to

9 NYPD.  We then subsequently obtained a search warrant for that

10 car.  But the phone was recovered prior to the search warrant

11 being executed -- sorry, prior to the search warrant being

12 obtained.

13          THE COURT:  A search warrant was obtained in the

14 Eastern or Southern District?

15          MR. LONGYEAR:  That was obtained in Southern, your

16 Honor.

17          THE COURT:  When was it carried out?

18          MR. LONGYEAR:  Approximately a month ago.

19          THE COURT:  All right. And the fruits of the search

20 of the car?

21          MR. LONGYEAR:  There was nothing else.  The gun was

22 the only thing that was recovered from the car.

23          THE COURT:  OK.  Thank you.

24          MR. LONGYEAR:  Turning to the next category, your

25 Honor, would be surveillance video.  And this kind of dovetails