UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SEKETHA WONZER and KEVIN DOZIER,                    Index No. 20-CV-10836 (JPC)(JW)

                                 Plaintiffs,         **STIUPULATION AND**
                                                     **[PROPOSED] ORDER AS TO**
                  -against-                          **BRIEFING SCHEDULE FOR**
                                                     **PLAINTIFFS'**
DANIEL HERNANDEZ a/k/a Tekashi 6ix 9ine,            **OBJECTIONS TO THE AUGUST**
                                                     **17, 2022 REPORT AND**
                                 Defendant,          **RECOMMENDATION**

------------------------------------------------------------X

   **IT IS HEREBY STIPULATED AND ORDERED** that the following briefing schedule

shall apply to Plaintiffs' Fed. R. Civ. P 72 objections to the August 17, 2022 Report and

Recommendation of United States Magistrate Judge Jennifer E. Willis: (a) Plaintiffs' objections

shall be filed and served on or before September 14, 2022; and (b) Defendant's response to such

objections shall be filed and served on or before October 14, 2022.


Dated: New York, New York          Plaintiff's request for extension of time to file objections to Judge
       August 22, 2022             Willis's Report and Recommendation and Defendant's request for
                                   extension of time to respond to Plaintiffs' objections is granted.


   TACOPINA, SEIGEL & DeOREO                MELONI & MCCAFFREY



   /s/ Matthew G. DeOreo                    /s/ Robert S. Meloni
   *Attorneys for Plaintiffs*               *Attorneys for Defendant*
   275 Madison Ave., Fl. 35                 3 Columbus Circle |15th Floor
   New York, New York 10016                 New York, New York 10019
   (212) 227-8877                           (212) 520-6090
   mdeoreo@tacopinalaw.com                  rmeloni@m2lawgroup.com



   SO ORDERED


   _____
   John P. Cronan, U.S.D.J.


    Date:   August 23, 2022
            New York, New York