**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SEKETHA WONZER and KEVIN DOZIER,

                Plaintiff,

    -against-                                20 **CIVIL** 10836 (JLR)(JW)

                                                      **JUDGMENT**

DANIEL HERNANDEZ a/k/a TEKASHI 6IX 9INE,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated July 28, 2023, the Court has rejected Plaintiffs' objections and has adopted the R&R in its entirety. Judgment is entered against Defendant in the amount of $30,000 to Seketha Wonzer and $67,500 to Kevin Dozier; accordingly, the case is closed.

**Dated:** New York, New York

       July 31, 2023

                                                       **RUBY J. KRAJICK**
                                                         **Clerk of Court**

                              **BY:**      *K. Mango*

                                                          **Deputy Clerk**